2:21 CV 1917 JDP



FILED 1

OCT 14 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

To whom it may concern.

I have been housed in Sacramento Main Jail located at 651 I St in Sacramento, CA with a Zip code of 95814 for over 100 days and have personally experienced on my behalf as well as others, multiple violations of our rights as U.S. Citizen's as well as medical mal practice. The issues that are going to be listed pertains only to me, but I do believe that they will be more than suffice. The first issue which is my main Concern as it could be a life and death matter is that this facility is no longer equipt with nebulizers due to Covid 19. I have major asthma issues in the winter time and require the use of a nebulizer, while they do still have inhalors it is almost impossible to obtain one unless your already in distress. Inhalors are to help prevent me from going into distress. also according to the consent decree plan it states that an asthma patient should have his or her inhalor on there persons which the medical staff does not allow here. I feel like my life is in danger over this matter. my second issue pertains to out-of-cell time we are supposed to get 17-21 hours of dayroom and 3 hours of outdoor rec time weekly

and have been recieving an average of 11 hours of dayroom and 0 hours of outdoor rec weekly. The situations at hand are unacceptable and I for one am requesting to be released based on lack of evidence on my case as well as medical Mal Practice via consent decree, Case law of Mays vs County of Sacramento.

Respectfully,
Jason Smith

Jason Smith
Xref 4094350
Sac main Jail
651 I st
Sac, CA 95814

Legal Mail

SACRAMENTO CA 957

12 OCT 2021 PM 5 L



★ USA ★ FOREVER ★

Clerk of the Court
U.S. District Court
501 I st
Sacramento, CA 95814

Legal Mail
95814-730350